# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 492 WAL 2016

            Respondent             :

                                    :    Petition for Allowance of Appeal from

                                    :    the Order of the Superior Court

             v.                    :

                                    :

VINCENT PAUL CHURCH,             :

                                    :

            Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 2nd day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.